IN THE MATTER OF THE ASSIGNMENT OF REYNOLDS CARPENTER.

Order reversed, and to be settled before BOCKES, J., in accordance with opinion.

Opinion by BOCKES, J.